IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JASON SKAGGS,**

    **Petitioner,**

**v.**                                                                                        **No. 22-cv-0050 JB/SMV**

**DWAYNE SANTISTEVAN and**
**ATTORNEY GENERAL OF NEW MEXICO,**

    **Respondents.**

## ORDER TO CURE DEFICIENCY

THIS MATTER is before the Court on Jason Skaggs' 28 U.S.C. § 2254 Habeas Petition [Doc. 1]. The filing is deficient because Skaggs has not prepaid the $5 habeas fee or, alternatively, filed a motion to proceed *in forma pauperis* supported by a six-month inmate account statement. Petitioner must cure the deficiency within 30 days of entry of this Order. The civil action number (21-cv-0050 JB/SMV) should be included on all filings. Failure to timely comply with this Order will result in dismissal of the case without further notice.

**IT IS ORDERED** that no later than **March 9, 2022**, Skaggs must either prepay the $5 habeas fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement for the period between July 24, 2021, and January 24, 2022.

**IT IS FURTHER ORDERED** that the Clerk's Office mail to Petitioner, along with a copy of this Order, a form motion to proceed *in forma pauperis*.

                                                               _____
                                                                **STEPHAN M. VIDMAR**
                                                                **United States Magistrate Judge**